E-filing

1  VINCENT ROSENBALM
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA 94558

4      UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  PEOPLE OF THE UNITED STATES            CV 08        SI 1504
7          V                          ) CRIMINAL        (PR)
8  JIM BROOKS                         )   COMPLAINT
9  CSi CADDY UNION                    )
10  525 MAYACAMA CLUB DRIVE           )
11  SANTA ROSA, CALIFORNIA 95403 ) DEMAND JURY TRIAL
12  1) I, THE UNDERSIGNED COMPLAINANT STATE
13  THAT THE FOLLOWING IS TRUE AND CORRECT
14  TO THE BEST OF MY KNOWLEDGE. ON OR ABOUT
15  MAY 25, 2006 IN SONOMA COUNTY, IN THE
16  NORTHERN DISTRICT OF CALIFORNIA DEFENDANT(S)
17  DID COMMIT PERJURY. I FURTHER STATE
18  I AM A PROFESSIONAL GOLFER AND THIS
19  COMPLAINT IS BASED ON CSi UNION
20  CORRUPTION. I ASK THE COURT FOR A
21  SUMMARY JUDGMENT OF $100,000.00.
22              Vincent Rosenbalm
23              3/12/08
24
25
26
27
28