AO 240 (Rev. 10/03)

E-filing

**UNITED STATES DISTRICT COURT**

FILED
08 MAR 18 PH 3: 03

_NORTHERN_ District of _CALIFORNIA_

*UNITED STATES OF AMERICA*
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

*JIM BROOKS*
*CSI CADDY UNION*
Defendant

CV 08 1504

CASE NUMBER:

SI (PR)

I, _VINCENT ROSENBALM_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _NAPA STATE HOSPITAL_

   Are you employed at the institution? _yes_   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [✓] Yes    [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    *Approximately $20 a week*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [✓] Yes    [ ] No
   b. Rent payments, interest or dividends              [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [✓] No
   d. Disability or workers compensation payments       [ ] Yes    [✓] No
   e. Gifts or inheritances                             [ ] Yes    [✓] No
   f. Any other sources                                 [✓] Yes    [ ] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   *ALL FINANCIALS ARE ESTIMATES*

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☑ No

   If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?        ☑ Yes        ☐ No        (2) cars

   If "Yes," describe the property and state its value.

   92-93 SUBARUS WORTH ABOUT $10,000
   PersoNAL Property worth Approximately $10-15,000

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
   how much you contribute to their support.

   Joseph DAVID ROSENBALM (17)

   CURRENTLY NONE DUE to ILLEGAL INCARCERATION

   ✱ FINANCIALS A RE Estimates

I declare under penalty of perjury that the above information is true and correct.

3/13/08                    Vincent Rosenbalm
_____                _____
   Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer
showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.

1

2                                         Case Number: _____

3                                                    )

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                        **IN**

10                            **PRISONER'S ACCOUNT**

11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _Vincent Rosenhalm_ for the last six months
                                          [prisoner name]
14   _Napa State Hospital_        where (s)he is confined.
         [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _19.30_ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ _0.00_ .

18

19   Dated: _2/27/08_                      _____
                                           [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

2/27/2008
4:13:26PM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375    ROSENBALM, VINCENT

|    | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|----|-----------|---------|------|---------|-----------|---------|---------|
| 1  | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 | | $5.00 |
| 2  | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 3  | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 | | $5.00 |
| 4  | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 5  | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 6  | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 7  | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 8  | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 9  | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 10 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |

**TOTAL WITHDRAWLS / DEPOSITS:**                    $133.25    $115.75

*≞AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_NORTHERN_ **District of** _CALIFORNIA_

_UNITED STATES OF America_

Plaintiff

V.
_JIM BROOKS_
_CSI CADDY uNiON_

Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer