PROOF OF MAIL DELIVERY 3/13/08

CV 08 1504 SI (PR)

I am Vincent Rosenbalm, American Citizen over 18 years of age

On 3/13/08 I served the within

1) Criminal Complaint (3 copies)
2) Miscellaneous Financial papers

By placing a copy in the Napa State Hospital mail Addressed to

Court Clerk: RICHARD WIEKING
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

From
Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
3/13/08

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL
Court Clerk: RICHARD WIEKING
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102



UNITED STATES POSTAGE
02 1M
0004219468
MAILED FROM ZIP CODE 94558
MAR 14 2008
$ 00.58⁰
PITNEY BOWES