E-filing

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PEOPLE OF THE UNITED STATES )   CV 08   1505

            Plaintiff,       )   CASE NO. _____

vs.                          )   **PRISONER'S**
JIM BROOKS                   )   **APPLICATION TO PROCEED SI**
CSI CADOU UNION              )   **IN FORMA PAUPERIS**
            Defendant.       )

**(PR)**

I, _VINCENT ROSENBAUM_ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes _✓_ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _Approx $20 week_    Net: _Approx $20 week_

Employer: _NAPA State Hospital_

_2100 NAPA VALLEJO HWY NAPA, CA 94558_

_ALL ESTIMATES_

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or              Yes __✓__ No ____

10              self employment

11      b.      Income from stocks, bonds,           Yes ____ No __✓__

12              or royalties?

13      c.      Rent payments?                       Yes ____ No __✓__

14      d.      Pensions, annuities, or              Yes ____ No __✓__

15              life insurance payments?

16      e.      Federal or State welfare payments,   Yes __✓__ No ____

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _Hospital Welfare 12⁵⁰ month_____

22  _AUTHOR HOUSE PUBLISHING 3²⁵ BOOK_____

23  3.      Are you married?                         Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ JDR (17) _____

_____ NONE At Present _____

5.     Do you own or are you buying a home?     Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?  (2)     Yes ✓ No ___

Make _SUBARU_ Year _92,93_ Model _Legacy_

Is it financed? Yes _____ No _✓_ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account? Yes _____ No _✓_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _✓_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _✓_ No ___

_Personal Property Approx $ 10-15,000_

8.     What are your monthly expenses?

Rent: $ _____ 0 _____ Utilities: _____ 0 _____

Food: $ _____ 0 _____ Clothing: _____ 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____0_____ | $ _____0_____ | $ _____0_____ |
| _____0_____ | $ _____0_____ | $ _____0_____ |
| _____ | $ _____ | $ _____ |

ALL ESTIMATES

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  SCHOOL LOANS          Approx $5-10,000

4  CREDIT CARD Debt      Approx $5-10,000

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ___  No ___   NOT SURE ✓ ?

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9            NOT SURE ?

10

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _3/30/08_          _Vincent Rozenbalm_

17       DATE              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

# E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an <u>In Forma Pauperis</u> Application.

2. __✓__ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    __✓__ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    _____ You did not sign your <u>In Forma Pauperis</u> Application.

    __✓__ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    __✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                    Deputy Clerk

rev. 10/25/07

ROSENBACH



BUSINESS REPLY MAIL

FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

